RECEIVED

JUL 18 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHARLES D. KING III          DOCKET NO. 14-cv-597 SEC. P

VERSUS          JUDGE STAGG

LYNN FRANCIS, ET AL.          MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 17th day of July, 2014.

JUDGE TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA